1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   JONATHAN A. ELDREDGE, Bar No. 238559
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975
   cglynn@glynnfinley.com
6  afriedenberg@glynnfinley.com
   jeldredge@glynnfinley.com
7
   Attorneys for Defendant
8  ConocoPhillips Company

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  CHARLES DAVIDSON and CD & PWS   )   Case No.  C 08-01756 BZ
    ENTERPRISES, INC.,              )
14                                  )   **PROOF OF SERVICE**
                                    )
15              Plaintiffs,         )
                                    )
16       vs.                        )
                                    )
17  CONOCOPHILLIPS COMPANY and      )
    DOES 1 through 100,             )
18                                  )
                Defendants.         )
19  _____  )

20

21

22

23

24

25

26

27

28

|     |     |
| --- | --- |
| 1   | Docket No. C 08-01756 BZ |
| 2   | <u>PROOF OF SERVICE BY MAIL</u> |

3  I, Beverly Carter, the undersigned, hereby certify and declare under penalty of
4  perjury that the following statements are true and correct:

5      1.    I am over the age of 18 years and am not a party to the within cause.

6      2.    My business address is One Walnut Creek Center, 100 Pringle Avenue,
7  Suite 500, Walnut Creek, CA 94596.

8      3.    I am familiar with my employer's mail collection and processing
9  practices; know that said mail is collected and deposited with the United States Postal Service on
10 the same day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

11     4.    Following said practice, on April 2, 2008 I served a true and correct copy
12 of the following documents entitled exactly:

13     a.    **NOTICE OF REMOVAL OF ACTION;**

14     b.    **ORDER SETTING INITIAL CASE MANAGEMENT
15             CONFERENCE AND ADR DEADLINES**

16     c.    **STANDING ORDERS FOR MAGISTRATE JUDGE ZIMMERMAN**

17     d.    **STANDING ORDER RE CONTENTS OF JOINT CASE
            MANAGEMENT STATEMENT**

18     e.    **NOTICE OF ASSIGNMENT OF CASE TO A MAGISTRATE
19             JUDGE FOR TRIAL**

20     f.    **CONSENT TO PROCEED BEFORE A UNITED STATES
            MAGISTRATE JUDGE [blank form]**

21     g.    **DECLINATION TO PROCEED BEFORE A MAGISTRATE
22             JUDGE AND REQUEST FOR REASIGNMENT TO A UNITED
            STATES DISTRICT JUDGE [blank form]**

23     h.    **ECF REGISTRATION INFORMATION HANDOUT**

24

25 by placing said documents in an addressed, sealed envelope and depositing it in regularly
26 maintained interoffice mail to the following:

27 ///

28 ///

- 1 -

PROOF OF SERVICE

| | |
|---|---|
| 1 | Anthony J. Sperber, Esq. |
| 2 | Law Office of Anthony J. Sperber |
|   | 1808 Sixth Street |
|   | Berkeley, CA 94710 |
| 3 | ***Attorney for Plaintiffs*** |
|   | ***Charles Davidson and CD & PWS Enterprises, Inc.*** |
| 4 | Tel: (510) 845-8844 |
|   | Fax: (510) 845-1998 |
| 5 | |
| 6 | Executed this <u>2nd</u> day of <u>April, 2008</u> at Walnut Creek, California. |
| 7 | |
| 8 | _____ |
|   | Beverly Carter |

- 2 -
PROOF OF SERVICE