```
 1  GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
 2  ADAM FRIEDENBERG, Bar No. 205778
    JONATHAN A. ELDREDGE, Bar No. 238559
 3  One Walnut Creek Center
    100 Pringle Avenue, Suite 500
 4  Walnut Creek, CA 94596
    Telephone: (925) 210-2800
 5  Facsimile: (925) 945-1975
    cglynn@glynnfinley.com
 6  afriedenberg@glynnfinley.com
    jeldredge@glynnfinley.com
 7
    Attorneys for Defendant
 8  ConocoPhillips Company

 9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12
                                        )   Case No. C 08-01756 BZ
13  CHARLES DAVIDSON and CD & PWS       )
    ENTERPRISES, INC.,                  )   STIPULATION OF ALL PARTIES
14                                      )   REGARDING DEFENDANT
                                        )   CONOCOPHILLIPS COMPANY'S
15              Plaintiffs,             )   TIME TO RESPOND TO PLAINTIFFS'
                                        )   COMPLAINT
16       vs.                            )
                                        )
17  CONOCOPHILLIPS COMPANY and          )
    DOES 1 through 100,                 )
18                                      )
                Defendants.             )
19  _____)

20

21

22

23

24

25

26

27

28
                              - 1 -
    STIPULATION RE CONOCOPHILLIPS' TIME TO RESPOND TO COMPLAINT
```

1    IT IS HEREBY STIPULATED by and between Plaintiffs Charles Davidson and CD &
2    PWS Enterprises, Inc. (collectively, "Plaintiffs") and Defendant ConocoPhillips Company
3    ("Defendant") that Defendant's time to answer or otherwise respond to Plaintiffs' Complaint
4    shall be extended to April 22, 2008.

6    Dated: April 8, 2008                    LAW OFFICE OF ANTHONY J. SPERBER
                                             ANTHONY J. SPERBER

8                                            By: _____
                                             Attorneys for Plaintiffs
9                                            Charles Davidson and CD & PWS
10                                           Enterprises, Inc.

12   Dated: April 8, 2008                    GLYNN & FINLEY, LLP
                                             CLEMENT L. GLYNN
13                                           ADAM FRIEDENBERG

15                                           By: _____
                                             Attorneys for Defendant
16                                           ConocoPhillips Company

- 2 -
STIPULATION RE CONOCOPHILLIPS' TIME TO RESPOND TO COMPLAINT