| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
| | CLEMENT L. GLYNN, Bar No. 57117 |
| 2 | ADAM FRIEDENBERG, Bar No. 205778 |
| | JONATHAN A. ELDREDGE, Bar No. 238559 |
| 3 | One Walnut Creek Center |
| | 100 Pringle Avenue, Suite 500 |
| 4 | Walnut Creek, CA 94596 |
| | Telephone: (925) 210-2800 |
| 5 | Facsimile: (925) 945-1975 |
| | cglynn@glynnfinley.com |
| 6 | afriedenberg@glynnfinley.com |
| | jeldredge@glynnfinley.com |
| 7 | |
| | Attorneys for Defendant |
| 8 | ConocoPhillips Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES DAVIDSON and CD & PWS ENTERPRISES, INC.,

  Plaintiffs,

vs.

CONOCOPHILLIPS COMPANY and DOES 1 through 100,

  Defendants.

Case No. C 08-01756 BZ

**DEFENDANT CONOCOPHILLIPS COMPANY'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Date:       July 2, 2008
Time:       10:00 a.m.
Courtroom:  G
Before:     Hon. Bernard Zimmerman

TO PLAINTIFFS CHARLES DAVIDSON AND CD & PWS ENTERPRISES, INC., AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 2, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard by the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Defendant ConocoPhillips Company ("ConocoPhillips") will bring on for hearing this motion to dismiss the Complaint of Plaintiffs Charles Davidson ("Davidson") and CD & PWS Enterprises ("CD") (collectively, "Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6).

- 2 -

1  This motion is made on the ground that the Complaint, and each purported claim for
2  relief set forth therein, fails to allege facts sufficient to state a claim upon which relief can be
3  granted.  Accordingly, each claim fails as a matter of law and must be dismissed.
4  This motion is based upon this Notice of Motion and Motion, and ConocoPhillips'
5  previously submitted Memorandum of Points and Authorities and exhibits thereto (Docket No.
6  8), all orders, pleadings and papers on file in this action, and upon such other matters of which
7  the Court may take judicial notice or which may be presented to the Court at the time of hearing.
8  Dated: April 24, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By _____
Attorneys for Defendant
ConocoPhillips Company