UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES DAVIDSON and CD & PWS
ENTERPRISES, INC.,

    Plaintiff(s),

CASE NO. C 08-01756 BZ

v.

CONOCOPHILLIPS COMPANY and DOES
1 through 100,

    Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

_____/

  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

  **Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✓ other requested deadline  120 days after case is at issue to permit time for needed discovery.

Dated: June 23, 2008

                  _____
                   Attorney for Plaintiff

Dated: June 23, 2008

                   _____
                   Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✓     Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓     other 120 days ~~after case is at issue to permit time for needed discovery.~~
        from date of Order.

IT IS SO ORDERED.

Dated: June 26, 2008

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*