**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date:**7/2/08**                    Time: **10:00 a.m.**

**C - 08-1756 BZ**

**Charles Davidson, et al.** v **Conocophillips Company**

Attorneys:    Plaintiff- Anthony J. Sperber    Defendant - Adam Friedenberg

Deputy Clerk: **Simone Voltz**        Reporter: **Katherine Powell-Sullivan**
                                                                    **10:10-10:25**

**PROCEEDINGS:**                                **RULING**

1. Defendant's Motion to Dismiss                Taken Under Submission
2. 

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**


( x ) ORDER TO BE PREPARED BY:    Plntf_____   Deft_____   Court_x_

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____   Trial Date_____   Set for _____ days
                                                            Type of Trial:  ( )Jury   ( )Court
Notes: _____