UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: __7/14/08__                              Time: 4:00 p.m.

**C - 08-1756 BZ**

 Charles Davidson, et al.  v Conocophillips Company

Attorneys:    Pltf: Anthony J. Sperber    Deft: Adam Friedenberg

Deputy Clerk: **Simone Voltz**            Reporter: _____

**PROCEEDINGS:**                                              **RULING:**

1. Case Management Conference                     Matter held
2. _____  _____

( ) Status Conference    ( ) P/T Conference    ( x ) Case Management Conference

**ORDERED AFTER HEARING:**

( x ) ORDER TO BE PREPARED BY:   Pltf_____   Deft_____   Court_x_

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Pltf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____   Trial Date_8/3/09 at 8:30a.m._ Set for __ days
                                      Type of Trial:  ( x )Jury    ( )Court
Notes: _____