1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   JONATHAN A. ELDREDGE, Bar No. 238559
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975
   cglynn@glynnfinley.com
6  afriedenberg@glynnfinley.com
   jeldredge@glynnfinley.com
7
   Attorneys for Defendant
8  ConocoPhillips Company

9
   LAW OFFICE OF ANTHONY J. SPERBER
10 ANTHONY J. SPERBER, Bar No. 197962
   1808 Sixth Street
11 Berkeley, CA 94710-2003
   Telephone: (510) 845-8844
12 Facsimile: (510) 845-1998
   anthony@sperberlaw.com
13
   Attorney for Plaintiffs Charles Davidson and
14 CD & PWS Enterprises, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIDSON and CD & PWS ENTERPRISES, INC.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY and DOES 1 through 100,<br><br>        Defendants. | Case No. C 08-01756 BZ<br><br>**JOINT MOTION OF PLAINTIFFS AND DEFENDANT TO CONTINUE MEDIATION DEADLINE**<br><br>Judge: Hon. Bernard Zimmerman |

Last week, the parties participated in a telephone conference with Robert Ebe, the court-appointed mediator in this case. In light of the Court-ordered October 24, 2008 mediation deadline, and various scheduling conflicts of the mediator and the parties and their counsel, the parties have scheduled the mediation for October 10, 2008. However, the parties do not believe that mediating on October 10 will permit sufficient time to conduct necessary pre-mediation discovery. Specifically, Defendant believes that it will not be possible to complete all necessary document discovery, depositions and financial discovery and analysis relevant to Plaintiffs' damage claim prior to the current mediation date. Plaintiffs also intend to take certain pre-mediation discovery.

Accordingly, the parties request that the Court extend the current mediation deadline by 60 days, to December 24, 2008. Should the Court grant this request, the parties have tentatively agreed to reschedule the mediation for December 5, 2008.

Dated: September 5, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By: _____
Attorneys for Defendant
ConocoPhillips Company

Dated: September 5, 2008

LAW OFFICE OF ANTHONY J. SPERBER
ANTHONY J. SPERBER
1808 Sixth Street
Berkeley, CA 94710

By: _____
Attorneys for Plaintiffs Charles Davidson
and CD & PWS Enterprises, Inc.

- 2 -
JOINT MOTION OF PLAINTIFFS & DEFENDANT TO CONTINUE MEDIATION