1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   JONATHAN A. ELDREDGE, Bar No. 238559
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975
   cglynn@glynnfinley.com
6  afriedenberg@glynnfinley.com
   jeldredge@glynnfinley.com
7
   Attorneys for Defendant
8  ConocoPhillips Company

9

   LAW OFFICE OF ANTHONY J. SPERBER
10 ANTHONY J. SPERBER, Bar No. 197962
   1808 Sixth St
11 Berkeley, CA 94710-2003
   Telephone: (510) 845-8844
12 Facsimile: (510) 845-1998
   anthony@sperberlaw.com
13
   Attorney for Plaintiffs Charles Davidson and
14 CD & PWS Enterprises, Inc.

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 CHARLES DAVIDSON and CD & PWS      )   Case No. C 08-01756 BZ
   ENTERPRISES, INC.,                 )
20                                    )   **[PROPOSED] ORDER GRANTING**
                                      )   **JOINT MOTION TO CONTINUE**
                  Plaintiffs,         )   **MEDIATION DEADLINE**
21                                    )
          vs.                         )   Judge:  Hon. Bernard Zimmerman
22                                    )
   CONOCOPHILLIPS COMPANY and DOES    )
23 1 through 100,                     )
                                      )
24                Defendants.         )
                                      )
25 _____)

26

27 //

28 //

---
- 1 -

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE MEDIATION

1  For good cause shown, the Court hereby ORDERS that the parties' last day to
2  mediate shall be continued to December 24, 2008.
3  IT IS SO ORDERED.
4  Dated: September ___, 2008          By_____
5                                      Hon. Bernard Zimmerman
                                       United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE MEDIATION