1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  ADAM FRIEDENBERG, Bar No. 205778
   JONATHAN A. ELDREDGE, Bar No. 238559
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975
   cglynn@glynnfinley.com
6  afriedenberg@glynnfinley.com
   jeldredge@glynnfinley.com
7
   Attorneys for Defendant
8  ConocoPhillips Company

9

   LAW OFFICE OF ANTHONY J. SPERBER
10 ANTHONY J. SPERBER, Bar No. 197962
   1808 Sixth St
11 Berkeley, CA 94710-2003
   Telephone: (510) 845-8844
12 Facsimile: (510) 845-1998
   anthony@sperberlaw.com
13
   Attorney for Plaintiffs Charles Davidson and
14 CD & PWS Enterprises, Inc.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19  CHARLES DAVIDSON and CD & PWS       )  Case No. C 08-01756 BZ
    ENTERPRISES, INC.,                  )
20                                      )  [PROPOSED] ORDER GRANTING
                                        )  JOINT MOTION TO CONTINUE
                Plaintiffs,             )  MEDIATION DEADLINE
21                                      )
        vs.                             )  Judge:  Hon. Bernard Zimmerman
22                                      )
    CONOCOPHILLIPS COMPANY and DOES )
23  1 through 100,                      )
                                        )
24              Defendants.             )
                                        )
25  _____ )

26

27  //

28  //

- 1 -

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE MEDIATION

1       For good cause shown, the Court hereby ORDERS that the parties' last day to
2 mediate shall be continued to December 24, 2008.
3       IT IS SO ORDERED.
4 Dated: September 8th, 2008     By _____
5     Hon. Bernard Zimmerman
    United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]*