| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
| | CLEMENT L. GLYNN, Bar No. 57117 |
| 2 | ADAM FRIEDENBERG, Bar No. 205778 |
| | MAUREEN RODGERS, Bar No. 245876 |
| 3 | One Walnut Creek Center |
| | 100 Pringle Avenue, Suite 500 |
| 4 | Walnut Creek, CA 94596 |
| | Telephone: (925) 210-2800 |
| 5 | Facsimile: (925) 945-1975 |
| | cglynn@glynnfinley.com |
| 6 | afriedenberg@glynnfinley.com |
| | jeldredge@glynnfinley.com |
| 7 | |
| | Attorneys for Defendant |
| 8 | ConocoPhillips Company |

LAW OFFICE OF ANTHONY J. SPERBER
ANTHONY J. SPERBER, Bar No. 197962
1808 Sixth Street
Berkeley, CA 94710-2003
Telephone: (510) 845-8844
Facsimile: (510) 845-1998
anthony@sperberlaw.com

Attorney for Plaintiffs Charles Davidson and
CD & PWS Enterprises, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIDSON and CD & PWS ENTERPRISES, INC., | Case No. C 08-01756 BZ |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE TO MAGISTRATE JUDGE JOSEPH C. SPERO FOR SETTLEMENT CONFERENCE** |
| vs. | |
| CONOCOPHILLIPS COMPANY and DOES 1 through 100, | Judge:  Hon. Bernard Zimmerman |
| Defendants. | |

---

STIPULATION AND ORDER REASSIGNING CASE TO DIFFERENT JUDGE FOR SETTLEMENT CONFERENCE

1  **STIPULATION BY THE PARTIES:**

2      On January 6, 2009, the parties were notified that this case was assigned for a Settlement

3  Conference to Magistrate Judge Elizabeth D. Laporte, to be conducted on April 9, 2009.  The

4  parties hereby request that the settlement conference be rescheduled during May, 2009, before

5  Magistrate Judge Joseph C. Spero.  Plaintiffs' counsel has contacted Judge Spero's chambers and

6  been informed that Judge Spero is willing and available to conduct the Settlement Conference.

7      Therefore, the parties stipulate, and request that the Court order, that this case shall be

8  reassigned to Magistrate Judge Joseph C. Spero for the Settlement Conference.

9

10  Dated: January 27, 2009

                                                               GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
MAUREEN RODGERS
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By: _____/s/_____
    Attorneys for Defendant
    ConocoPhillips Company

Dated: January 27, 2009

LAW OFFICE OF ANTHONY J. SPERBER
ANTHONY J. SPERBER
1808 Sixth Street
Berkeley, CA 94710

By: _____/s/_____
    Attorneys for Plaintiffs Charles Davidson
    and CD & PWS Enterprises, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

January _29_, 2009

                                                               _/s/ Bernard Zimmerman_
                                                                Bernard Zimmerman
                                                       United States Magistrate Judge