1   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
2   ADAM FRIEDENBERG, Bar No. 205778
    MAUREEN RODGERS, Bar No. 245876
3   One Walnut Creek Center
    100 Pringle Avenue, Suite 500
4   Walnut Creek, CA 94596
    Telephone: (925) 210-2800
5   Facsimile: (925) 945-1975
    cglynn@glynnfinley.com
6   afriedenberg@glynnfinley.com
    jeldredge@glynnfinley.com
7
    Attorneys for Defendant
8   ConocoPhillips Company

9
    LAW OFFICE OF ANTHONY J. SPERBER
10  ANTHONY J. SPERBER, Bar No. 197962
    1808 Sixth Street
11  Berkeley, CA 94710-2003
    Telephone: (510) 845-8844
12  Facsimile: (510) 845-1998
    anthony@sperberlaw.com
13
    Attorney for Plaintiffs Charles Davidson and
14  CD & PWS Enterprises, Inc.

15

16                      UNITED STATES DISTRICT COURT

17                      NORTHERN DISTRICT OF CALIFORNIA

18
                                          )   **Case No. C 08-01756 BZ**
19  CHARLES DAVIDSON and CD & PWS         )
    ENTERPRISES, INC.,                    )   **[PROPOSED] ORDER GRANTING**
20                                        )   **JOINT MOTION OF PLAINTIFFS AND**
                    Plaintiffs,           )   **DEFENDANT TO CONTINUE TRIAL**
21                                        )   **AND TRIAL-RELATED DEADLINES**
          vs.                             )
22                                        )   **Judge:  Hon. Bernard Zimmerman**
    CONOCOPHILLIPS COMPANY and            )
23  DOES 1 through 100,                   )
                                          )
24                  Defendants.           )
    _____ )
25

26

27

28

_____
[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND TRIAL-RELATED DEADLINES

1      For good cause shown, the Court hereby ORDERS as follows:

2      The July 15, 2008 Order Scheduling Jury Trial and Pretrial Matters is vacated and the

3  following dates are ordered:

4      Trial Date: Monday, ~~11/9/09~~   1/4/2010

5      Pretrial Conference: Tuesday, ~~10/20/09~~    12/15/2009 at 4:00 p.m.

6      Last day to Hear Dispositive Motions: Wednesday, ~~9/2/09~~   10/21/2009

7      Last day for Expert Discovery: Friday, 8/7/09

8      Last day for Expert Disclosure: Friday, 7/3/09

9      Last day for Rebuttal Expert Disclosures: Friday, 7/17/09

10      Close of Non-Expert Discovery: Friday, 6/26/09

11

12      IT IS SO ORDERED.

13  Dated: January  27 , 2009      By_____

14                        Hon. Bernard Zimmerman
                              United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28