GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
MAUREEN RODGERS, Bar No. 245876
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
afriedenberg@glynnfinley.com
jeldredge@glynnfinley.com

Attorneys for Defendant
ConocoPhillips Company


LAW OFFICE OF ANTHONY J. SPERBER
ANTHONY J. SPERBER, Bar No. 197962
1808 Sixth Street
Berkeley, CA 94710-2003
Telephone: (510) 845-8844
Facsimile: (510) 845-1998
anthony@sperberlaw.com

Attorney for Plaintiffs Charles Davidson and
CD & PWS Enterprises, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIDSON and CD & PWS ENTERPRISES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CONOCOPHILLIPS COMPANY and DOES 1 through 100, <br><br> Defendants. | **Case No. C 08-01756 BZ** <br><br> **STIPULATION AND [PROPOSED] ORDER RE SUMMARY JUDGMENT HEARINGS** <br><br> **Judge:  Hon. Bernard Zimmerman** |

STIPULATION AND [PROPOSED] ORDER RE SUMMARY JUDGMENT MOTIONS

1 **STIPULATION BY THE PARTIES:**

2     The parties have filed cross-motions for summary judgment and/or partial summary

3 judgment. (Docket Nos. 37, 46). Plaintiffs' and Defendant's motions are set for hearing on

4 June 24, 2009, and July 1, 2009, respectively. The motions address many identical and similar

5 issues, and therefore it may be appropriate for the Court to hear both motions at the same time.

6 Accordingly, the parties hereby STIPULATE that Plaintiffs' motion be rescheduled for hearing

7 on July 1, 2009, at 10:00 a.m. The parties further STIPULATE that Plaintiffs' time to file and

8 serve their reply in support of their motion shall be extended to June 15, 2009. This stipulation

9 shall not otherwise affect the briefing schedule. Thus, the following deadlines shall apply:

| | |
|---|---|
| June 10, 2009: | Plaintiffs' last day to file opposition to Defendant's motion for summary judgment |
| June 15, 2009: | Plaintiffs' last day to file reply in support of Plaintiffs' motion for partial summary judgment |
| June 17, 2009: | Defendant's last day to file reply in support of Defendant's motion for summary judgment |
| July 1, 2009: | Hearing on both motions for summary judgment |

16     **SO STIPULATED.**

17 Dated: June 8, 2009

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG
MAUREEN RODGERS
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596


By:     /s/ Adam Friedenberg
    Attorneys for Defendant
    ConocoPhillips Company

Dated: June 8, 2009

LAW OFFICE OF ANTHONY J. SPERBER
ANTHONY J. SPERBER
1808 Sixth Street
Berkeley, CA 94710


By:    /s/ Anthony J. Sperber
    Attorneys for Plaintiffs Charles Davidson
    and CD & PWS Enterprises, Inc.

- 1 -
STIPULATION AND [PROPOSED] ORDER RE SUMMARY JUDGMENT MOTIONS

1 **ORDER**

2      For good cause shown, the Court hereby adopts the above schedule as its ORDER.

3

4 Dated: ___June 8, 2009___                    _____/s/ Bernard Zimmerman_____
                                                Bernard Zimmerman
5                                               United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2-
STIPULATION AND [PROPOSED] ORDER RE SUMMARY JUDGMENT MOTIONS