1

2

3

4

5

6                   UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9   CHARLES DAVIDSON and CD &    )
    PWS ENTERPRISES, INC.,       )
10                               )        No. C08-1756 BZ
              Plaintiff(s),      )
11                               )        **ORDER TAKING DEFENDANT'S**
         v.                      )        **MOTION TO COMPEL PRODUCTION**
12                               )        **OF DOCUMENTS AND FURTHER**
    CONOCOPHILLIPS CO. AND DOES  )        **RESPONSES TO INTERROGATORIES**
13  1-100,                       )        **OFF CALENDAR**
                                 )
14            Defendant(s).      )
    _____)

15

16       **IT IS ORDERED** that plaintiffs' motion to compel

17  production of documents and further responses to

18  interrogatories is taken off calendar for failing to comply

19  with my previous order dated July 15, 2008. (Doc. No. 20.)

20  This order requires parties to "participate in a telephone

21  conference with the Court before filing any discovery motions

22  or other papers."  Without meeting this requirement,

23  plaintiffs' motion will not be entertained by this Court.

24  Dated: June 30, 2009

25                          _____
                                   Bernard Zimmerman
26                          United States Magistrate Judge

27  G:\BZALL\-BZCASES\DAVIDSON V. CONOCOPHILLIPS\ORD REMOVING MOT FROM
    CALENDAR.wpd

28

                                   1