1    GLYNN & FINLEY, LLP
     ADAM FRIEDENBERG, Bar No. 205778
2    MAUREEN RODGERS, Bar No. 245876
     One Walnut Creek Center
3    100 Pringle Avenue, Suite 500
     Walnut Creek, CA 94596
4    Telephone: (925) 210-2800
     Facsimile: (925) 945-1975
5    afriedenberg@glynnfinley.com
     mrodgers@glynnfinley.com
6
     Attorneys for Defendant
7    ConocoPhillips Company

8
     LAW OFFICE OF ANTHONY J. SPERBER
9    ANTHONY J. SPERBER, Bar No. 197962
     1808 Sixth Street
10   Berkeley, CA 94710-2003
     Telephone: (510) 845-8844
11   Facsimile: (510) 845-1998
     anthony@sperberlaw.com
12
     Attorney for Plaintiffs Charles Davidson and
13   CD & PWS Enterprises, Inc.

14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17
                                        )   **Case No. C 08-01756 BZ**
18   CHARLES DAVIDSON and CD & PWS       )
     ENTERPRISES, INC.,                  )   **STIPULATION AND [PROPOSED]**
19                                       )   **ORDER EXTENDING THE TIME TO**
                          Plaintiffs,    )   **LODGE CONFIDENTIAL**
20                                       )   **SETTLEMENT CONFERENCE**
            vs.                          )   **STATEMENTS**
21                                       )
     CONOCOPHILLIPS COMPANY and          )
22   DOES 1 through 100,                 )
                                         )
23                        Defendants.    )   **Judge:   Magistrate Judge Spero**
     _____ )   **Settlement Conf. Date: July 14, 2009**
24                                           **Time: 9:30 a.m.**
                                             **Location: Courtroom A**
25

26

27

28

_____

     Stip. and [Proposed] Order Extending Time to Lodge Settlement Conf. Stat., C:08-1756 BZ

1   **STIPULATION BY THE PARTIES:**

2        As currently scheduled by the Court, the parties' confidential settlement conference

3   statements are due to be lodged with the Court on June 30, 2009.  However, as Judge Zimmerman

4   will hear the parties' cross-motions for summary judgment on July 1, 2009, the parties have

5   agreed to a one-week extension to submit their respective confidential settlement conference

6   statements.  The settlement conference will still be held as scheduled on July 14, 2009.

7        Therefore, the parties stipulate, and request that the Court order, that the parties'

8   confidential settlement conference statements be due on July 7, 2009.

9

10  Dated: June 26, 2009                           GLYNN & FINLEY, LLP
                                                    ADAM FRIEDENBERG
11                                                  MAUREEN RODGERS
                                                    One Walnut Creek Center
12                                                  100 Pringle Avenue, Suite 500
                                                    Walnut Creek, CA  94596
13

14
                                                    By: _____/s/ Maureen Rodgers_____
15                                                       Attorneys for Defendant
                                                         ConocoPhillips Company
16
    Dated: June 26, 2009
17                                                  LAW OFFICE OF ANTHONY J. SPERBER
                                                    ANTHONY J. SPERBER
18                                                  1808 Sixth Street
                                                    Berkeley, CA 94710
19

20
                                                    By: _____/s/ Anthony Sperber_____
21                                                       Attorneys for Plaintiffs Charles Davidson
                                                         and CD & PWS Enterprises, Inc.
22

23

24

25

26

27

28

Stip. and [Proposed] Order Extending Time to Lodge Settlement Conf. Stat., C:08-1756 BZ

1    **ATTESTATION**

2          I, Maureen Rodgers, hereby attest that, pursuant to General Order 45, Section XB,

3    concurrence in the filing of this document has been obtained from each of the other signatories

4    herein.

5

6    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8    ~~June~~ July 14 ____, 2009

9                                                                    United S_____
                                                                    *Judge Joseph C. Spero*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. and [Proposed] Order Extending Time to Lodge Settlement Conf. Stat., C:08-1756 BZ