ANTHONY J. SPERBER, Bar No. 197962
LAW OFFICE OF ANTHONY J. SPERBER
1808 Sixth Street, Berkeley, CA 94710
Tel: 510.845.8844
Fax: 510.845.1998
anthony@sperberlaw.com

Attorneys for Plaintiffs CHARLES DAVIDSON
and CD & PWS ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES DAVIDSON and CD & PWS ENTERPRISES, INC.,<br><br>Plaintiffs<br><br>v.<br><br>CONOCOPHILLIPS COMPANY and DOES 1 through 100,<br><br>Defendants. | Case No.  C 08-01756 BZ<br><br>**DENYING**<br>**[PROPOSED]** ORDER ~~GRANTING~~ PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF |

The Court, having considered Plaintiffs' motion for administrative relief and any opposition filed by Defendant, rules as follows:

The Court GRANTS the motion for administrative relief by admitting the two additional documents submitted by Plaintiffs while the parties' cross motions for summary were under submission: (1) the May 7, 2007 email from Sonya Pitcaithly to Ross Davidson and Dean Schnitlzer; and (2) the September 26, 2006 email exchange between Cynthia Townley and David Vann.  While these documents should have been provided earlier, the Court finds them to be relevant to the Court's determination of the pending motions and does not find that there is any prejudice to Defendant in admitting the documents.

1 | IT IS SO ORDERED.   **DENIED AS MOOT.**

Dated: July 20, 2009

BERNARD ZIMMERMAN
United States Magistrate Judge