| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
|   | ADAM FRIEDENBERG, Bar No. 205778 |
| 2 | MAUREEN RODGERS, Bar No. 245876 |
|   | One Walnut Creek Center |
| 3 | 100 Pringle Avenue, Suite 500 |
|   | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 210-2800 |
|   | Facsimile: (925) 945-1975 |
| 5 | afriedenberg@glynnfinley.com |
|   | jeldredge@glynnfinley.com |
| 6 | |
|   | Attorneys for Defendant |
| 7 | ConocoPhillips Company |

LAW OFFICE OF ANTHONY J. SPERBER
ANTHONY J. SPERBER, Bar No. 197962
1808 Sixth Street
Berkeley, CA 94710-2003
Telephone: (510) 845-8844
Facsimile: (510) 845-1998
anthony@sperberlaw.com

Attorney for Plaintiffs Charles Davidson and
CD & PWS Enterprises, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIDSON and CD & PWS ENTERPRISES, INC., | Case No. C 08-01756 BZ |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING TELEPHONE CONFERENCE RE DISCOVERY DISPUTE** |
| vs. | |
| CONOCOPHILLIPS COMPANY and DOES 1 through 100, | **Judge:  Hon. Bernard Zimmerman** |
| Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER CONTINUING TELEPHONE CONFERENCE
RE DISCOVERY DISPUTE

**STIPULATION BY THE PARTIES**

The Court scheduled an August 21, 2009 telephone conference to address the parties' discovery dispute, pursuant to Plaintiffs' request. Whereas Plaintiffs' counsel is not available on that day, he requested that the Court and Defendant agree to another date. The Court proposed August 25, 2009 at 4:00 p.m. Both parties are agreeable to that date and time. The parties therefore jointly request that the Court reschedule the telephone conference from August 21, 2009 at 4:00 p.m. to August 25, 2009 at 4:00 p.m.

Dated: August 19, 2009

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG
MAUREEN RODGERS
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By:  /s/
     Attorneys for Defendant
     ConocoPhillips Company

Dated:  August 19, 2009

LAW OFFICE OF ANTHONY J. SPERBER
ANTHONY J. SPERBER
1808 Sixth Street
Berkeley, CA 94710

By:  /s/
     Attorneys for Plaintiffs Charles Davidson
     and CD & PWS Enterprises, Inc.

**ORDER**

For good cause shown, the Court hereby adopts the new date for the telephone conference. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: August _ 19 _, 2009

Bernard Zimmerman
United States Magistrate Judge

- 1 -
STIPULATION AND [PROPOSED] ORDER CONTINUING TELEPHONE CONFERENCE
RE DISCOVERY DISPUTE