| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
| | ADAM FRIEDENBERG, Bar No. 205778 |
| 2 | MAUREEN RODGERS, Bar No. 245876 |
| | One Walnut Creek Center |
| 3 | 100 Pringle Avenue, Suite 500 |
| | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 210-2800 |
| | Facsimile: (925) 945-1975 |
| 5 | afriedenberg@glynnfinley.com |
| | mrodgers@glynnfinley.com |
| 6 | |
| | Attorneys for Defendant |
| 7 | ConocoPhillips Company |
| 8 | |
| | LAW OFFICE OF ANTHONY J. SPERBER |
| 9 | ANTHONY J. SPERBER, Bar No. 197962 |
| | 1808 Sixth Street |
| 10 | Berkeley, CA 94710-2003 |
| | Telephone: (510) 845-8844 |
| 11 | Facsimile: (510) 845-1998 |
| | anthony@sperberlaw.com |
| 12 | |
| | Attorney for Plaintiffs Charles Davidson and |
| 13 | CD & PWS Enterprises, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | CHARLES DAVIDSON and CD & PWS ENTERPRISES, INC., | Case No. C 08-01756 BZ |
| 19 | | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO SERVE SUPPLEMENTAL DISCOVERY RESPONSES AND INITIAL DISCLOSURES** |
| 20 | Plaintiffs, | |
| | vs. | |
| 21 | | |
| 22 | CONOCOPHILLIPS COMPANY and DOES 1 through 100, | |
| 23 | Defendants. | |

**STIPULATION BY THE PARTIES:**

In its July 15, 2008 Order Scheduling Jury Trial and Pretrial Matters, the Court ordered that by September 9, 2009, the parties complete supplementation of all discovery responses and initial disclosures, and serve certifications reflecting the completion of such discovery. The parties are continuing to meet and confer regarding their prior responses, and accordingly have agreed to a one-week extension to serve their respective certifications and supplemental discovery responses. Therefore, pursuant to Local Rule 6-2, the parties stipulate, and request that the Court order, that the parties' respective certifications and supplemental discovery responses be due on September 16, 2009.

Dated: September 9, 2009

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG
MAUREEN RODGERS
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596


By: _____/s/ Maureen Rodgers_____
    Attorneys for Defendant
    ConocoPhillips Company

Dated: September 9, 2009

LAW OFFICE OF ANTHONY J. SPERBER
ANTHONY J. SPERBER
1808 Sixth Street
Berkeley, CA 94710


By: _____/s/ Anthony Sperber_____
    Attorneys for Plaintiffs Charles Davidson
    and CD & PWS Enterprises, Inc.

**ATTESTATION:**

I, Maureen Rodgers, hereby attest that, pursuant to General Order 45, Section XB, concurrence in the filing of this document has been obtained from each of the other signatories herein.

Stip. and [Proposed] Order Extending Time to Supplement Discovery, C:08-1756 BZ

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | |
| 4 | September 9, 2009 |
| 5 | Honorable Bernard Zimmerman<br>UNITED STATES MAGISTRATE JUDGE |