GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
MAUREEN RODGERS, Bar No. 245876
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
afriedenberg@glynnfinley.com
mrodgers@glynnfinley.com

Attorneys for Defendant
ConocoPhillips Company


LAW OFFICE OF ANTHONY J. SPERBER
ANTHONY J. SPERBER, Bar No. 197962
1808 Sixth Street
Berkeley, CA 94710-2003
Telephone: (510) 845-8844
Facsimile: (510) 845-1998
anthony@sperberlaw.com

Attorney for Plaintiffs Charles Davidson and
CD & PWS Enterprises, Inc.


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DAVIDSON and CD & PWS ENTERPRISES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY and DOES 1 through 100,<br><br>Defendants. | Case No. C 08-01756 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO SERVE SUPPLEMENTAL DISCOVERY RESPONSES AND INITIAL DISCLOSURES** |

---

Stip. and [Proposed] Order Extending Time to Supplement Discovery, C:08-1756 BZ

**STIPULATION BY THE PARTIES:**

In its July 15, 2008 Order Scheduling Jury Trial and Pretrial Matters, the Court ordered that by September 9, 2009, the parties complete supplementation of all discovery responses and initial disclosures, and serve certifications reflecting the completion of such discovery. On September 9, 2009, the Court granted the parties' stipulated one-week extension to serve their respective certifications and supplemental discovery responses, rendering the responses due on September 16, 2009. (Docket No. 104). As the parties are continuing to meet and confer regarding their prior responses, they have agreed to an additional one-week extension to serve their respective certifications and supplemental discovery responses. Therefore, pursuant to Local Rule 6-2, the parties stipulate, and request that the Court order, that the parties' respective certifications and supplemental discovery responses be due on September 23, 2009.

Dated: September 16, 2009

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG
MAUREEN RODGERS
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By: _____/s/ Maureen Rodgers[1]_____
    Attorneys for Defendant
    ConocoPhillips Company

Dated: September 16, 2009

LAW OFFICE OF ANTHONY J. SPERBER
ANTHONY J. SPERBER
1808 Sixth Street
Berkeley, CA 94710

By: _____/s/ Anthony Sperber_____
    Attorneys for Plaintiffs Charles Davidson
    and CD & PWS Enterprises, Inc.

---

[1] I, Maureen Rodgers, hereby attest that, pursuant to General Order 45, Section XB, concurrence in the filing of this document has been obtained from each of the other signatories herein.

1                    [PROPOSED] ORDER

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   September 17, 2009                    _____
                                           Honorable Bernard Zimmerman
5                                          UNITED STATES MAGISTRATE JUDGE