1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   CHARLES DAVIDSON and CD &    )
     PWS ENTERPRISES, INC.,       )
12                                )        No. C08-1756 BZ
             Plaintiff(s),        )
13                                )        **SCHEDULING ORDER**
         v.                       )
14                                )
     CONOCOPHILLIPS CO. AND DOES  )
15   1-100,                       )
                                  )
16            Defendant(s).       )
     _____ )

17

18        Defendant's have filed a motion for partial summary

19   judgment.  **IT IS THEREFORE ORDERED** as follows:

20        1.  Any opposition to the motion shall be filed by

21   **October 5, 2009.**

22        2.  Any reply shall be filed by **October 12, 2009.**

23        3.  The motion will be heard on **November 4, 2009 at**

24   **10:00 a.m.,** in  Courtroom G, 15th Floor, Federal Building,

25   450 Golden Gate Avenue, San Francisco, California 94102.

26   Dated: September 17, 2008
                                    _____
27                                    Bernard Zimmerman
                                    United States Magistrate Judge
28   G:\BZALL\-BZCASES\DAVIDSON V. CONOCOPHILLIPS\SCHEDULING ORDER FOR SUMMARY JUDGMENT MOTION.wpd

                                   1